UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| WILLIAM L. STEWART, JR.,<br><br>             Plaintiff,<br><br>    v.<br><br>DR. BRIGHT; et al.,<br><br>             Defendants.<br>_____/ | No. C 13-1794 LB<br><br>**ORDER SETTING NEW DEADLINE FOR AMENDED COMPLAINT** |

   This action originally was filed in the U.S. District Court for the Southern District of California, and later was transferred to the Northern District of California because the complaint alleged claims regarding the conditions of confinement at a prison in the Northern District of California. The court then reviewed the complaint and dismissed it with leave to file an amended complaint no later than June 28, 2013. *See* ECF No. 18 at 7. Plaintiff did not file an amended complaint by the deadline. However, he did file a notice of change of address, the timing of which suggests the possibility that he did not receive the Order of Dismissal With Leave to Amend due to his move from one prison to another. Out of an abundance of caution, the court will reset the deadline so that plaintiff has an opportunity to file an amended complaint. Plaintiff must file an amended complaint no later than **August 9, 2013**, curing the deficiencies identified in the Order Of Dismissal With Leave To Amend.

1  Failure to file an amended complaint by the deadline will result in the dismissal of this action.

2     Plaintiff used an outdated case number and court address on his notice of change of address.

3 The case name and number for all future filings is: *William L. Stewart, Jr. v. Dr. Bright*, Case No. C

4 13-1794 LB.  All filings must be sent to the court at this address:  U.S. District Court, 450 Golden

5 Gate Avenue, San Francisco, CA 94102.  (Plaintiff should not use the case number from the

6 Southern District of California, or that court's mailing address, for any future filings in this action.)

7     The clerk will send to plaintiff a copy of ECF Nos. 18 and 19.

8     **IT IS SO ORDERED.**

9 Dated: July 11, 2013

10                                     _____
                                        LAUREL BEELER
                                        United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C 13-1794 LB
ORDER                                   2