UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| WILLIAM L. STEWART, JR., | No. C 13-1794 LB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DR. BRIGHT; et al., | |
| Defendants. | |

This action originally was filed in the U.S. District Court for the Southern District of California, and later was transferred to the Northern District of California because the complaint alleged claims regarding the conditions of confinement at a prison in the Northern District of California. The court then reviewed the complaint, determined that it did not state a claim upon which relief could be granted against any of the named defendants, and dismissed it with leave to file an amended complaint no later than June 28, 2013. *See* ECF No. 18 at 7. The court later sent another copy of the order of dismissal with leave to amend to plaintiff at his new prison address and extended the deadline for filing the amended complaint to August 9, 2013. ECF No. 21. Plaintiff did not file an amended complaint, and the deadline by which to do so has passed.

C 13-1794 LB
ORDER

1   This action is dismissed for failure to state a claim upon which relief may be granted. The clerk
2   shall close the file.
3   **IT IS SO ORDERED.**
4   Dated: August 22, 2013

_____
LAUREL BEELER
United States Magistrate Judge